**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MICHAEL R. RANKIN, #044737

       Plaintiff,

vs.                                      CASE NO. 5:07cv299/RS-EMT

MEDICAL SERVICES OF DEPARTMENT
OF CORRECTIONS, et al,

       Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(g). In the event Plaintiff files a new action, it must be accompanied by full payment of the $350.00 filing fee.

3. The clerk is directed to close the file.

**ORDERED** on April 16, 2008.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE**